IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–46–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER TODD BOUDREAU, | |
| Defendant. | |

Having received a request for a 15-day extension from the Acting Warden of FDC SeaTac to complete the defendant's psychiatric or psychological evaluation, *see* attached correspondence,

IT IS ORDERED that the Acting Warden's request for an extension under 28 U.S.C. § 4247(b) is GRANTED. The facility's new deadline to complete the defendant's evaluation is February 18, 2023.

DATED this 12ᵗ day of January, 2023.

Donald W. Molloy, District Judge
United States District Court

1