IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–46–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER TODD BOUDREAU, | |
| Defendant. | |

In preparation for the July 24, 2023 trial, IT IS ORDERED that the parties shall file a joint notice indicating whether the defendant stipulates to the admission of any of the government's proposed exhibits on or before July 21, 2023. For all other exhibits, the defendant must identify his specific objection.

DATED this 19th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court