IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-46-M-DWM |
| Plaintiff, | ORDER |
| vs. | |
| CHRISTOPHER TODD BOUDREAU, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

DATED this 26th day of July, 2023.

_____
Donald W. Molloy, District Judge
United States District Court