IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–46–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER TODD BOUDREAU, | |
| Defendant. | |

The government has moved unopposed to seal government trial exhibits 5, 8, 9, 50, and 51. (Docs. 139-5, 139-8, 139-44, 139-45. Exhibit 9 is a video recording and was not filed on CM/ECF.) Good cause having been shown,

IT IS ORDERED that the motion (Doc. 160) is GRANTED. The Clerk shall seal Docs. 139-5, 139-8, 139-44, 139-45 and government's trial exhibit 9.

DATED this 16th day of August, 2023.

Donald W. Molloy, District Judge
United States District Court

1